UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re:                                              )
**Diane Marie McIntyre**                            )        Case No. _____
                                                    )
                                                    )
                                                    )
                                                    )        **ELECTRONIC FILING DECLARATION**
Debtor(s).                                          )        **(FOR INDIVIDUAL DEBTORS)**

Check if Applicable

| | | |
|---|---|---|
| ☑ | Petition (Including Exhibit D if applicable) | Date Signed: __**4/3/2023**__ |
| ☑ | Chapter 7 Debtor's Statement of Intention | Date Signed: __**4/3/2023**__ |
| ☑ | Declaration Concerning Debtor's Schedules | Date Signed: __**4/3/2023**__ |
| ☑ | Statement of Financial Affairs | Date Signed: __**4/3/2023**__ |
| ☑ | Statement of Monthly Income | Date Signed: __**4/3/2023**__ |
| ☑ | Statement of Social Security Numbers | Date Signed: __**4/3/2023**__ |
| ☐ | Other (specify): | Date Signed: _____ |

**PART I – DECLARATION OF DEBTOR(S)**

I/We, the undersigned debtor(s), hereby declare under penalty of perjury that I/we:

1. signed each above-referenced document and gave it to my (our) attorney, whose name appears below;

2. authorize and instruct my (our) lawyer to:
   a. electronically file the document(s), with "/s/" and my (our) typed name(s) in lieu of my (our) signature(s);
   b. electronically file a **scanned** copy of this completed and signed LBF 5005;
   c. scan and destroy the document(s), but not this LBF 5005; and
   d. retain a scanned electronic replica of the document(s), and the signed original of this form, for the period required by LBR 5005-4(e).

3. agree that the electronic copy of the document(s) my (our) lawyer retains may serve as the original for all purposes.

| | | |
|---|---|---|
| **/s/ Diane Marie McIntyre** | **Diane Marie McIntyre** | **April  3, 2023** |
| Signature of Debtor | Printed Name of Debtor | Date |

**PART II – DECLARATION OF ATTORNEY**

I declare under penalty of perjury that, to the best of my knowledge after appropriate inquiry, the signature on this LBF 5005 purporting to be that of the debtor(s) is in fact that of the debtor(s).

| | | |
|---|---|---|
| **/s/ Jessica Molligan** | **Jessica Molligan** | **April  3, 2023** |
| Signature of Attorney | Printed Name of Attorney | Date |

5005 (5/1/17)