**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Diane Marie McIntyre** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | Chapter **7** |

**Motion to Withdraw Motion to Reopen**

**Comes now Debtor through her attorney and moves to withdraw her Motion to Reopen.  Debtor no longer needs to have the Reaffirmation Agreement.**

Date  **August 31, 2023**          Signature  **/s/ Diane Marie McIntyre**

**Diane Marie McIntyre**

Debtor

Attorney  **/s/ Jessica Molligan**

**Jessica Molligan**